IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAKA FATTAH, JR.** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-4165 |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **U.S. DEPARTMENT OF JUSTICE** | : | |

## ORDER

**AND NOW**, this 5th day of August, 2015, upon consideration of the plaintiff's complaint and the motion to proceed *in forma pauperis* (Document No. 1), it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, leave to proceed *in forma pauperis* is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the complaint is **DISMISSED WITH PREJUDICE** as legally frivolous.

　　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Savage
　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.